■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISHNA EVANS, Appellant. [627 NYS2d 983] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered March 26, 1993, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of robbery in the first degree as charged in count three of the indictment beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence as to that count *(see,* CPL 470.15 [5]). Mangano, P. J., Joy, Hart and Florio, JJ., concur.